UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 10-8892-JAK (MANx)                    Date:  August 25, 2011

Title:   Irene Ceniceros v. United States of America, et al.
================================================================
DOCKET ENTRY:  ORDER SETTING SETTLEMENT CONFERENCE
================================================================
PRESENT: **HONORABLE MARGARET A. NAGLE, U. S. MAGISTRATE JUDGE**

| E. Carson | N/A |
|---|---|
| Deputy Clerk | Court Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                            None Present

**PROCEEDINGS:  (IN CHAMBERS)**

## READ CAREFULLY - STRICT COMPLIANCE IS REQUIRED

IT IS ORDERED that the parties shall appear for a settlement conference on **February 15, 2012, 0:00 a.m.**, at 255 East Temple Street, Los Angeles, California, in Courtroom "580"- 5th floor.

On or before **February 8, 2012**, each party shall deliver or fax to the chambers of Magistrate Judge Margaret A. Nagle at (213) 894-8541 a Confidential Settlement Conference Statement **which shall not be e-filed** with the Court.  The statement, which may be in the form of a letter, shall contain the following information:  (a) a summary of the factual background of the case; (b) a summary of important legal and factual issues presented by the case, and the submitting party's position on each issue; (c) a description of the damages or other relief sought by or against the submitting party; (d) a summary of the settlement negotiations or other means of alternative dispute resolution utilized prior to the date of the statement, including the content and date of any offers of compromise made or received by the submitting party, and the content and date of any responses to such offers; (e) the trial date and the pre-trial conference date (if set), the estimated length of trial, and whether a court or jury trial is contemplated; and (f) any other relevant facts or circumstances that counsel believe will assist the Court in conducting the settlement conference.

**EACH AND EVERY PARTY AND CLIENT REPRESENTATIVE, IF ANY, SHALL APPEAR AT THE SETTLEMENT CONFERENCE IN PERSON**, absent court permission to participate telephonically.  Requests by parties for permission to appear telephonically are highly disfavored.  However, any request to appear telephonically must be e-filed with the Court not later than seven (7) days before the date of the settlement conference, absent extraordinary circumstances (*e.g.* unforseen illness).  Any such request shall be made in a separate pleading captioned "Request To Appear Telephonically," which is to set forth good cause for excusing a party's personal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 10-8892-JAK (MANx)                            Date:  August 25, 2011

Title:   Irene Ceniceros v. United States of America, et al.
================================================================
DOCKET ENTRY:  ORDER SETTING SETTLEMENT CONFERENCE
================================================================

appearance and is to be accompanied by a Proposed Order.  The Request and proposed Order shall be e-filed with the Court.  The appearing party, or party representative is to have authority to settle the case.  In the case of lawsuits brought against the United States or any of its agencies as a party, the attendance of an attorney charged with responsibility for the conduct of the case and who has final settlement authority as provided by his or her superiors is required. .

**THE COURT SETS ASIDE A FULL DAY FOR THE SETTLEMENT CONFERENCE, SO THE PARTIES SHOULD BE AVAILABLE FOR THE FULL DAY**.

cc:    All parties of record

MINUTES FORM 11

CIVIL-GEN                                2                    Initials of Deputy Clerk efc