# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-08892 JAK (MANx) | Date | March 19, 2012 |
|---|---|---|---|
| Title | Irene Ceniceros v. United States of America, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

Pursuant to Magistrate Judge Margaret A. Nagle's March 16, 2012 Order, the parties have reached a settlement. The Court sets an Order to Show Cause re Dismissal for April 16, 2012 at 1:30 p.m. If the parties file a dismissal by April 13, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The April 9, 2012 Post Settlement Status Conference, April 16, 2012 Final Pretrial Conference, April 27, 2012 Exhibit Conference, and May 1, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |